## Blumberger, Appellant, v. Nowotavska.

Argued April 14, 1926.   Appeal No. 33, April T.,
1926, by plaintiff, from judgment of C. P. Indiana
County, September T., 1924, No. 119, in the case of I.
Blumberger v. Anna Nowotavska.  Before PORTER, P.
J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and
CUNNINGHAM, JJ.  Affirmed.

Judgment by confession opened and case tried.  Be-
fore LANGHAM, P. J.

The facts are stated in the opinion of the Superior
Court.

Verdict for defendant on which judgment was en-
tered.  Plaintiff appealed.

*Errors assigned* were the various rulings on evi-
dence and the charge of the court.

*John L. Getty,* for appellant.

*E. Walker Smith,* for appellee.

PER CURIAM, April 30, 1926:

This case was tried below with Blumberger v. Ber-
not, No. 34, April T., 1926, and was argued here with
the appeal in that case.

The questions raised are substantially the same,
though an additional assignment of error was printed

in the brief. It does not require separate discussion.

No assignments of error were filed as required by Rule 60; for that reason, and as stated in the opinion this day filed in Blumberger v. Bernot, (supra) this appeal is dismissed.